UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:10-cr-026-23-JMS/CMM |
| | ) | |
| CAROLE YOUNG, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

You have been charged in a Superseding Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1) & 846 | 10-Life | NMT $10,000,000 | NLT 5 years |

Dated: _9·6·11_

_____
CAROLE YOUNG
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that she signed (or refused to sign) the acknowledgment.

_____
CRAIG M. MCKEE
United States Magistrate Judge
Southern District of Indiana