UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 2:10-cr-26-JMS-CMM-23 |
| v. | ) ) ) | |
| CAROLE YOUNG | ) ) | |
| Defendant. | ) ) | |

## **APOLOGY TO THE COURT AND COUNSEL**

Comes now Edward F. Schrager, attorney for Carole Young, and apologizes to the Court and counsel of record for failing to attend the status conference on September 26, 2011. By way of explanation, but not excuse, the undersigned states:

1. The undersigned was appointed to represent Carole Young on September 8, 2011.

2. The undersigned entered his Appearance for the Defendant on September 15, 2011.

3. Defense counsel was in error for not thoroughly reviewing the docket once he entered his Appearance, thus the undersigned was unaware of the September 26, 2011, hearing.

4. The undersigned did receive the reminder notice of the Courtroom Deputy during the morning of September 26, 2011, as the undersigned was leaving the office to attend depositions for the entire day.

5. As defense counsel was leaving he attempted to secure the presence of another defense lawyer to stand in his stead at the status conference. As the result of a

miscommunication, for which the undersigned accepts full responsibility, the undersigned believed that the status conference was cancelled.

6. The undersigned greatly regrets missing the hearing.

/s/ Edward F. Schrager
Edward F. Schrager
COHEN GARELICK & GLAZIER
8888 Keystone Crossing Boulevard, Suite 800
Indianapolis, Indiana 46240
Telephone: 317-573-8888
Facsimile: 317-574-3855
eschrager@cgglawfirm.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on the 28th day of September, 2011. Notice of this filing will be sent to all interested parties by the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Edward F. Schrager
Edward F. Schrager