FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2011 NOV 16 PM 2: 24

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) CAUSE NO. 2:10-cr-JMS-CMM-23-CR
)
CAROLE YOUNG, )
)
    Defendant. )

**STIPULATED FACTUAL BASIS OF THE PARTIES**

Comes now the United States of America, by counsel, Bradley A. Blackington, Assistant United States Attorney, and the defendant, Carole Young, by counsel, Edward F. Schrager, and file this Stipulated Factual Basis of the Parties:

DEA conducted wire surveillance over four cellular telephones from approximately September 10, 2010 through December 9, 2010. During the wire surveillance, DEA learned that Jose Vasquez-Silva and Mario Rodas directed the activities of a methamphetamine and marijuana trafficking organization that operated in western Indiana and elsewhere. The wire surveillance established that Carole Young transported marijuana for this organization.

Shortly before October 15, 2010, Carole Young and John Gootee agreed to transport controlled substances from North Carolina to another location for Jose Vasquez-Silva. Young, Gootee, and Vasquez-Silva entered into the agreement in Washington, Indiana. Vasquez-Silva, Heidi Lopez-Jarra, Gootee, and Young drove from Washington to Charlotte, North Carolina to obtain the controlled substances. While in North Carolina, Vasquez-Silva purchased an Eddie Bauer van and titled the van in Young's name.

At Vasquez-Silva's direction, Gootee and Young obtained a box in Charlotte that contained 150 pounds of marijuana. Gootee and Young transported the box from Charlotte to Marion, Ohio in the back of the Eddie Bauer van. Vasquez-Silva took control of the marijuana and delivered it to Jesus Ramos-Aguayo, a/k/a Chuy, for distribution in Marion.

In early November, 2011, Alan Abel drove from Washington to Marion to obtain a portion of the marijuana. Abel acted as Vasquez-Silva's direction. Abel delivered the marijuana to Jeremy Mandabach in Washington.

The parties agree that the facts outlined above are true and correct to the best of their knowledge, information, and belief. The parties further agree that the purpose of this document is to submit to the Court sufficient facts to support a plea of guilty. This document is not intended to constitute a complete statement concerning the defendant's involvement in the charged offense.

Respectfully submitted,

JOSEPH H. HOGSETT
UNITED STATES ATTORNEY

By: _____
Bradley A. Blackington
Assistant United States Attorney

_____
Carole Young
Defendant

_____
Edward F. Schrager
Attorney for Carole Young